**Carnell D. MCELROY, Sr., Plaintiff-Appellant,**

v.

**Harold CLARKE, Director of Virginia Department of Corrections; Earl Barksdale, Warden of Red Onion State Prison; Miss Baker, Institutional Programs Manager of Red Onion State Prison; Jeffrey C. Artrip, Chief Housing Unit Manager of Red Onion State Prison; Lieutenant Roy A. Sykes, Correctional Officer of Red Onion State Prison, Defendants-Appellees.**

**No. 17-6806**

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

Carnell Dion McElroy, Appellant Pro Se. Laura Haeberle Cahill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carnell D. McElroy, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McElroy v. Clarke*, No. 7:16-cv-00245-JPJ-RSB, 2017 WL 2570668 (W.D. Va., June 14, 2017). The motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*